# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **ALBERT ROBERTSON, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case 2:24-CV-02656-TLP-cgc |
| | ) | |
| v. | ) | |
| | ) | |
| **MEMPHIS GRIZZLIES** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant Memphis Basketball, LLC ( "Defendant") (incorrectly identified as "Memphis Grizzlies") hereby moves this Court for an order dismissing Albert Robertson, Jr.'s ("Plaintiff") Complaint for Failure to State a Claim Upon Which Relief Can Be Granted.

A Memorandum of Law setting forth the legal bases for this Motion is being filed contemporaneously herewith.

**WHEREFORE**, Defendant respectfully requests this Court grant its Motion to Dismiss.

Respectfully submitted,

/s/ Erica N. Johnson
Russell W. Jackson (TN BPR No. 27322)
Erica N. Johnson (TN BPR No. 038490)
**FORDHARRISON LLP**
1715 Aaron Brenner Drive, Suite 200
Memphis, TN  38120
Telephone: (901) 291-1500
Facsimile:  (901) 291-1501
rjackson@fordharrison.com
ejohnson@fordharrison.com

                                        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and mailed a copy to the following:

        Albert Robertson, Jr.
        3353 Kristy Road
        Memphis, TN 38118

        *Pro Se Plaintiff*

                                      /s/ Erica N. Johnson